IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS LAMIE,  )
    Plaintiff,  )
    VS.  )   NO. CV 07-281-DRH-PMF
ACCOR NORTH AMERICA, INC. and  )
MOTEL 6 OPERATING, L.P., d/b/a  )
Motel 6,  )
    Defendants.  )

# JUDGMENT IN A CIVIL CASE

**HERNDON, Chief Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** December 4, 2007.

                       **NORBERT G. JAWORSKI, Clerk**

                       s/Patricia A. Brown
                       By: Patricia A. Brown, Deputy Clerk

/s/ *David R Herndon*

**APPROVED:**
    **Chief Judge**
    **U.S. District Court**